In the Matter of the Judicial Settlement of the Final Account of Proceedings of CITY BANK FARMERS TRUST COMPANY, Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee for the Benefit of JOHN C. UHRLAUB, JR., under the Last Will and Testament of JOHN C. UHRLAUB, Deceased.

— Motion to dismiss appeal denied, with leave to renew if the appeal is not diligently prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.